UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 2:16-74** |
| **Plaintiff,** | : | |
| **vs.** | : | **JUDGE SMITH** |
| **GAVINO ESCAMILLA-GARCIA, ET AL.,** | : | |
| **Defendant.** | | |

## MOTION TO SUPPRESS STATEMENTS

Now comes Defendant Gavino Escamilla-Garcia, by and through counsel, and respectfully moves the Court for an Order suppressing any and all oral statements allegedly made by Defendant to law enforcement officers including but not limited to statements allegedly made on March 15, 2016.  Escamilla-Garcia further requests that the Court conduct an evidentiary hearing on this Motion.  A Memorandum in Support is below.

Respectfully submitted,

GOLDEN & MEIZLISH CO., LPA

By: ____s/ Keith E. Golden_____
KEITH E. GOLDEN (Ohio Reg #0011657)
Trial Counsel for Defendant
923 East Broad Street
Columbus, Ohio 43205-1101
PH:  614/258 1983
FX:  614/253 5071
golmeiz@aol.com

Porter, Wright, Morris & Arthur LLP

By:      s/Bryan R. Faller
Bryan R. Faller   (Ohio Reg #0072474)
Co- Counsel for Defendant
41 S. High St., Ste. 2800
Columbus, Ohio 43215
Telephone:  (614) 227-2000
Facsimile:  (614) 227-2100
E-mail:  bfaller@porterwright.com

## **MEMORANDUM IN SUPPORT**

On or about March 15, 2016, agents of the Central Ohio HIDTA Drug Task Force or the U.S. Immigration and Customs Enforcement Agency, or both, purportedly obtained statements from Defendant Gavino Escamilla-Garcia while he was in custody.  Escamilla-Garcia was not advised of his Fifth Amendment rights to remain silent or right to counsel, nor was he offered to review and/or sign a waiver of his rights, before he purportedly made these statements.  Accordingly, Escamilla-Garcia did not knowingly, intelligently and voluntarily waive his rights.  *See United States v. Ray*, 803 F.3d 244, 265 (6th Cir. 2015) (explaining that any waiver of one's *Miranda* rights bust have been done "voluntarily, knowingly, and intelligently") (internal quotation marks omitted).

The statements attributed to Escamilla-Garcia may have been used to obtain the Indictment, and the Government most likely will attempt to submit at trial.  Because any such statements were made in violation of the Defendant's Fifth Amendment rights, the Court should suppress those statements.  *See id.* ("A statement made in response to custodial police interrogation must be suppressed unless the suspect first waived his Miranda rights voluntarily, knowingly, and intelligently.") (internal quotation marks omitted).

Defendant hereby requests an evidentiary hearing as to this matter.

WHEREFORE, Defendant Gavino Escamilla-Garcia respectfully requests that the Court grant this Motion.

Respectfully submitted,

GOLDEN & MEIZLISH CO., LPA
By:       s/ Keith E. Golden
KEITH E. GOLDEN (Ohio Reg #0011657)
Trial Counsel for Defendant
923 East Broad Street
Columbus, Ohio 43205-1101
PH:  614/258 1983
FX:  614/253 5071
golmeiz@aol.com


Porter, Wright, Morris & Arthur LLP

By:       s/Bryan R. Faller
Bryan R. Faller   (Ohio Reg #0072474)
Co- Counsel for Defendant
41 S. High St., Ste. 2800
Columbus, Ohio 43215
Telephone:  (614) 227-2000
Facsimile:  (614) 227-2100
E-mail:  bfaller@porterwright.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of the foregoing pleading was sent this 21st day of April 2016 via the Court's CM/ECF systems to all counsel of record.

Porter, Wright, Morris & Arthur LLP

By:       s/Bryan R. Faller
Bryan R. Faller   (Ohio Reg #0072474)
Co- Counsel for Defendant

COLUMBUS/1806455v.1